UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Ricardo Pedraza Villalobos,<br><br>    Petitioner<br><br>v.<br><br>Chief Council for the District of Nevada D.H.S. ICE, *et al.*,<br><br>    Respondents | Case No.: 2:26-cv-00009-JAD-DJA<br><br>**Order Instructing the Petitioner to Submit an IFP Application or Pay Filing Fee**<br><br>[ECF No. 1] |

*Pro se* Petitioner Ricardo Pedraza Villalobos, an immigration detainee, filed his 28 U.S.C. § 2241 petition for writ of habeas corpus[1] and did not either pay the required $5.00 filing fee or submit a complete application for leave to proceed *in forma pauperis* ("IFP").[2] This action will not proceed unless and until Villalobos either pays the $5 filing fee or submits a complete IFP application with all required documentation.

**IT IS THEREFORE ORDERED** that Villalobos must either (1) **pay** the $5 filing fee **or** (2) **file** an IFP application that includes: (a) a financial certificate signed by petitioner and an authorized prison official, (b) a financial declaration and acknowledgement signed by petitioner, and (c) a copy of his inmate account statement for the six-month period prior to filing. If he fails to do so by **February 23, 2026, this case will be dismissed without prejudice and without further prior notice**. If Villalobos decides to pay the filing fee from his inmate account, he must arrange to have a copy of this order attached to the check for the filing fee.

---

[1] ECF No. 1-1.

[2] Under 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. The court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if he submits an IFP application on the approved form. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2.

The Clerk of Court is instructed to **send** petitioner a blank copy of the IFP application for inmates along with two copies of this order.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 9, 2026